IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT TITLE, A CORPORATION<br>1150 Connecticut Avenue NW, #201<br>Washington, DC 20036<br><br>        Plaintiff,<br><br>   v.<br><br>ANITA K. WARREN (FORMERLY KNOWN<br>AS ANITA K. DAY)<br>21895 Pegg Road, #211<br>Lexington Park, MD 20653<br><br>And<br><br>TIMOTHY DAY<br>12390 Point Lookout Road<br>Scotland, MD 20687<br><br>        Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 14-1808 ABJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## VERIFIED FIRST AMENDED COMPLAINT

### (Breach of Contract; Trover and Conversion; Unjust Enrichment; Equitable and Injunctive Relied)

Plaintiff District Title, a Corporation ("District Title"), by and through its undersigned counsel, and for its claims against Defendants Anita K. Warren (formerly known as Anita K. Day) and Timothy Day, respectfully states as follows:

### PARTIES

1.    District Title is a District of Columbia corporation in the business of conducting real estate settlements.

2.     Upon information and belief, Anita K. Warren (formerly known as Anita K. Day) is an adult domiciliary of the State of Maryland.  Upon information and belief, as set forth herein, Anita K. Warren has caused tortious injury in the District of Columbia by an act or omission in the District of Columbia.  This action also arose from her having an interest in, using, or possessing real property in the District of Columbia.

3.     Upon information and belief, Timothy Day is an adult domiciliary of the State of Maryland.  Upon information and belief, as set forth herein, Timothy Day has caused tortious injury in the District of Columbia by an act or omission in the District of Columbia.  Upon further information and belief, Timothy Day was operating a business out of the Property for a number of years.

## JURISDICTION AND VENUE

4.     This Court has subject-matter jurisdiction over the claims asserted herein, pursuant to D.C. Code §11-921 (2001 ed.)

5.     This Court has personal jurisdiction over the parties, pursuant to D.C. Code §13-423.

6.     On October 29, 2014, Defendants filed a Notice of Removal pursuant to 28 U.S.C.A. §1332 and 28 U.S.C.A. §1441.

7.     The Court has jurisdiction because there is complete diversity and the amount in controversy exceeds Seventy-five Thousand Dollars ($75,000.00).

## FACTUAL ALLEGATIONS

8.      By deed dated May 25, 1976 and recorded June 3, 1976 among the Land Records of the District of Columbia as Instrument No. 14447, Anita K. Warren (then known as Anita K. Day) and William Day Jr. acquired real property located in the District of Columbia known as Lot 16 in Square 3650, having the address of 3205 7th Street, NE, Washington, DC 20017 ("the Property") as joint tenants.

9.      On January 11, 2008, William Day, Jr. executed a Deed of Trust securing Wells Fargo Bank, N.A. (hereinafter, from time to time, "the Mortgage Lender") in the amount of $544,185.00.  Said Deed of Trust was recorded among the Land Records of the District of Columbia on May 28, 2009, as Instrument No. 2009056963.  The Deed of Trust secured an adjustable rate home equity conversion loan agreement, also-known-as a reverse mortgage note.

10.      Also on January 11, 2008, William Day, Jr. executed a Deed of Trust securing the Secretary of Housing and Urban Development in the amount of $544,185.00.  The Deed of Trust secured the same note referenced above in Paragraph 7, and was recorded on May 2, 2009 as Instrument No. 2009056964.

11.      William Day, Jr. died December 22, 2012, a resident of the District of Columbia.  Upon his death, Anita K. Warren (formerly known as Anita K. Day) became the sole owner of the Property.

12.      Anita K. Warren contracted with 3205 7th Street, L.L.C. to sell the Property for the amount of Five Hundred Thousand Dollars ($500,000.00).

13.     At the time Anita K. Warren agreed to sell the Property, and at the time that the parties went to settlement, the Property was burdened by the Deeds of Trust referenced above in Paragraphs 9 and 10.

14.     At a settlement held on July 11, 2014, Anita K. Warren sold and transferred the Property to 3205 7th Street, L.L.C., and was, upon information and belief, fully aware that the Property was encumbered by the Deeds of Trust referenced above in Paragraphs 9 and 10.

15.     At the time of closing, the total amount due as a pay-off for the loan secured by the Deeds of Trust referenced above in Paragraphs 9 and 10 and was $293,514.44.  See copy of pay-off attached hereto as Exhibit 1.  This pay-off was inadvertently not included at the time that disbursements from the settlement were made, which resulted in the amount due for the pay-off being mistakenly wired to a bank account held by Anita K. Warren.

16.     Upon information and belief, the Defendants, being fully aware that they mistakenly received funds in the amount of $293,514.44, then conspired to convert those funds to their own use.

17.     Several days following the closing, the Mortgage Lender contacted District Title to inform it that the funds for the pay-off of the loan secured by the Deed of Trust had not been received.  It was at this time, that District Title discovered that the funds had been mistakenly wired to Anita K. Warren.

18.     Despite requests and demands for payment, the Defendants have failed and refused – without justification – to return the funds to which they have not right or

interest.  Upon information and belief, the Defendants have already wrongfully disbursed some of the funds, and/or have used those funds to purchase another piece of real estate.

19.     Subsequent to the Defendants' conversion of those funds, the Mortgage Lender demanded the payment from District Title.  Accordingly, District Title brought this lawsuit against the Defendants to recover the funds and to obtain other relief.

20.     Defendants have acted in concert to convert and conceal funds belonging to Plaintiff by numerous acts including, the purchase of real estate, the issuance of Cashier's Checks to Timothy Day and others, and further deceptive acts.

21.     Upon information and belief, on or about July 11, 2014, Anita K. Warren, acting pursuant to the instructions of Timothy Day, caused a Cashier's Check in the amount of One Hundred Thousand Dollars ($100,000.00) to be made payable to Timothy Day and Anthony Silva.  That Cashier's Check was then deposited, on or about July 11, 2014, into a bank account controlled by Anthony Silva and Suzanne Silva.  See copy of Cashier's Check attached hereto as Exhibit 2.  Those funds were used in part by the Silvas on or about July 25, 2014 to purchase real property in Worcester County, Maryland having the address of 6 Boston Drive, Berlin, MD 21811.  See Exhibits 3 and 4.

22.     Upon information and belief, on August 26, 2014, Timothy Day purchased real estate in Worcester County, Maryland having the address of 3 Boston Drive, Berlin, MD 21811 using funds belonging to the Plaintiff.  See copy wire from Anita K. Warren to

Brennan Title attached hereto as Exhibit 5, and copy of deed for 3 Boston Drive attached hereto as Exhibit 6.

23.     Upon information and belief, after being served with the summons and Complaint filed in the Superior Court of the District of Columbia, Timothy Day cashed two Cashier's Checks with America's Cash Express from the funds in the respective amounts of Thirty-three Thousand Dollars and Thirty-three Thousand Four Hundred Forty-five Dollars ($33,445.00).  See copies of endorsed and deposited Cashier's Checks attached hereto as Exhibits 7 and 8.  This was done, upon information and belief, in addition to Timothy Day cashing a Cashier's Check in the amount of Thirty-three Thousand Dollars ($33,000.00) on or about August 27, 2014.  See copy of Cashier's Check attached hereto as Exhibit 9.

24.     Defendants, since receiving District Title's funds, have continuously exhibited a pattern of bad faith, concealment, and other nefarious behaviors evidencing a complete and utter disregard for District Title and the law.

25.     Due to the Defendants' actions and continued bad faith, District Title has been required to retain the undersigned counsel to bring this action to recover the amounts owed by the Defendants to District Title.

<u>COUNT I</u>
**(Breach of Contract — Defendant Anita K. Warren)**

26.     District Title incorporates by reference paragraphs 1 through 25, inclusive, as if each were repeated separately herein.

27.     On July 11, 2014, at the closing on the Property conducted by District Title, Anita K. Warren signed an agreement with District Title.    See Exhibit 10.   As part of that

agreement, Anita K. Warren agreed that "errors or omissions shall be adjusted and paid by the appropriate party within 10 days of notification by District Title". The agreement also provides for the payment of all reasonable attorneys' fees and costs incurred by District Title in the event of collection efforts.

28    Several days following the closing, the Mortgage Lender contacted District Title to inquire as to the pay-off for the loan secured by the Deed of Trust referenced above in Paragraph 9. It was at this time that District Title discovered that the pay-off funds had been mistakenly wired to Anita K. Warren.

29.    Following the request from the Lender, District Title, through its agents, contacted Aniia K. Warren or Timothy Day by telephone or email to request return of the funds on several dates, including telephone calls to Anita K. Warren on August 25 and 27, 2014 and numerous emails and telephone messages to Timothy Day. Despite numerous requests for payment, Anita K. Warren and Timothy Day have failed and refused – without justification – to return the funds that are rightfully due and owing to the Mortgage Lender.

30.    Anita K. Warren's failure and refusal to return the funds constitutes a breach of the contract memorialized by the agreement between Anita K. Warren and District Title.

31.    Anita K. Warren is subject to liability for breach of contract.

32.    District Title has sustained damages as a direct and proximate cause of the Defendant's breach of contract, in an amount of at least $293,514.44, the precise amount to be proved at trial, plus its attorneys' fees and costs incurred herein.

## COUNT II
### (Trover and Conversion – All Defendants)

33.     District Title incorporates by reference paragraphs 1 through 32, inclusive, as if each were repeated separately herein.

34.     On July 11, 2014, District Title conducted a closing on the Property, in which Anita K. Warren transferred her rights to the Property in exchange for a buyer's payment of $500,000.00.

35.     Upon information and belief, Defendants knew that the Property was encumbered by a loan and Deed of Trust in the amount of $293,514.44 that would be satisfied at closing.

36.     Several days following the closing, the Mortgage Lender contacted District Title to inquire about the pay-off of the loan.  Upon receiving this communication, District Title discovered that the pay-off funds of $293,514.44 had been mistakenly wired to an account held by Anita K. Warren.

37.     Upon information and belief, Anita K. Warren and Timothy Day have acted in concert to illegally convert the funds to which they know they have no right, title or interest to their own use.

38.     Upon further information and belief, Anita K. Warren and Timothy Day have acted in concert to conceal their acts or otherwise conceal the use of the converted funds. These acts include the purchase of real property by Timothy Day in Worcester County in the State of Maryland with a portion of the funds mistakenly wired by District Title which the Defendants have converted to their own use.

39.     Despite requests for payment, the Defendants have failed and refused – without justification – to return the funds rightfully due and owing to the Mortgage Lender.

40.     The Defendants' acceptance of the substantially increased proceeds from the sale of the Property were not previously agreed upon, intentional, without permission or justification, and constituted a conversion of District Title's property.

41.     The Defendants' failure to return the funds constitutes bad faith and other nefarious conduct for which the Court should award Plaintiff its reasonable attorneys' fees and costs.

42.     The Defendants are subject to liability for their aforementioned wrongful conduct.

43.     District Title has sustained damages as a direct and proximate cause of the Defendants' aforementioned wrongful conduct, in an amount of at least $293,514.44, the precise amount to be proved at trial.

**<u>Count III</u>**
**(Unjust Enrichment – All Defendants)**

44.     District Title incorporates by reference paragraphs 1 through 43, inclusive, as if each were repeated separately herein.

45.     Upon information and belief, Anita K. Warren and Timothy Day have acted in concert to illegally convert the funds to which they know they have no right, title or interest to their own use.

46.     Upon further information and belief, Anita K. Warren and Timothy Day have acted in concert to conceal their acts or otherwise conceal the use of the converted funds.

These acts include the purchase of real property by Timothy Day in Worcester County in the State of Maryland with a portion of the funds mistakenly wired by District Title which the Defendants have converted to their own use, and have engaged in other nefarious acts so as to convert the Plaintiff's funds to their own use having full knowledge that those funds did not belong to them.

47.     Despite requests for payment, the Defendants have failed and refused – without justification – to return the funds rightfully due and owing to the Mortgage Lender.

48.     The Defendants' acceptance of the substantially increased proceeds from the sale of the Property were not previously agreed upon, intentional, without permission or justification, and unjustly enriched the Defendants.

49.     The Defendants' subsequent use and divestment of the funds is further evidence of their unjust enrichment.

50.     The Defendants' failure to return and continued divestment of the funds constitutes bad faith and other conduct for which the Court should award District Title its reasonable attorneys' fees and costs.

51.     District Title is entitled to have the funds by which the Defendants were unjustly enriched returned in full.

52.     Should the Defendants be unable to return any portion of the funds with which they were unjustly enriched, then District Title should be awarded title to and possession of any property, real or personal traceable to the diverted funds.

53.     District Title has sustained damages as a direct and proximate cause of the

Defendants' aforementioned wrongful conduct and unjust enrichment in an amount of at

least $293,514.44, the precise amount to be proved at trial.

### Count IV
### (Equitable and Injunctive Relief – All Defendants)

54.     District Title incorporates by reference paragraphs 1 through 53, inclusive,

as if each were repeated separately herein.

55.     Defendants have acted in bad faith to deprive and conceal from Plaintiff

funds which were mistakenly wired to Defendant Anita K. Warren.

56.     Upon information and belief, Defendants have continued such actions even

upon being informed that the funds did not belong to them, and have, in fact, increased

their deceptive and wrongful actions so as to further deplete the availability of funds from

which Plaintiff may recover its damages.

57.     Defendants' actions have been intentional and specifically designed to

thwart Plaintiff's efforts to recover the funds.

58.     As stated above in Paragraph 23, Defendant Timothy Day, even after

being served with a copy of the Complaint filed in D.C. Superior Court, acted to further

conceal funds in excess of Sixty-six Thousand Dollars ($66,000.00).

59.     Defendants should be ordered to make an accounting of the funds

received and any use or expense to which the funds may have been put.

60.     Given the demonstrated and continuous acts of concealment and

disbursement of the funds, the Court should exercise Its substantial equitable and

injunctive powers to prevent further actions by the Defendants, including the pre-

judgment attachment of real and personal property belonging to the Defendants and the entry of injunctive orders preventing Defendants from additional transfer, distribution or spending of assets.

61.     Because the Defendants actions have been taken in bad faith, they should be liable for any attorney's fees or other expenses incurred by Plaintiff as a result of Defendants' wrongful actions.

62.     District Title should be granted all equitable and injunctive relief to which it may be entitled so as to be compensated for any damages it has incurred and to restrain and repair any wrongful acts by the Defendants.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff District Title, A Corporation d/b/a District Title respectfully requests that this Court grant it the following relief:

(a)     enter judgment in its favor and against Defendants in an amount of at least $293,514.44, the precise amount to be proved at trial, plus prejudgment and postjudgment interest;

(b)     enter any equitable relief to which it may be entitled; and

(c)     enter an order that Defendants provide an accounting; and

(d)     enter an order or judgment enjoining Defendants from any actions to transfer, disburse, spend, or otherwise dissipate any assets; and

(e)     enter judgment in its favor and against Defendants for its attorneys' fees and costs incurred herein, the precise amount to be proved at trial, plus prejudgment and postjudgment interest; and

(f)     award such other and further relief as this Court deems just.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

By: _____

David H. Cox, Esquire
D.C. Bar #250167
Jackson & Campbell, P.C.
1120 - 20th Street, N.W.
South Tower
Washington, D.C.  20036
Tel: (202) 457-1600
Email: DCox@jackscamp.com

*Counsel for Plaintiff District Title*

## VERIFICATION

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING COMPLAINT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

EXECUTED ON THE ___7th___ DAY OF NOVEMBER, 2014.

Steven Sushner
President of District Title, a Corporation

07/11/2014 10:15:5~ ~M -0500 ENTERPRISE FAX                    PAGE 2   OF 6

**WELLS FARGO.** HOME MORTGAGE

Loan ID: 0082563131

July 11, 2014

VIA FAX: (202) 518-9301

DISTRICT TITLE, A CORPORATION
JACKIE BAKER

Re:  RMS Loan #:        1281708              FHA Case #
     Borrower(s) Name:  WILLIAM DAY JR
     Property Address:  3205 7TH ST NE
                        WASHINGTON, DC 20017-0000

Dear DISTRICT TITLE, A CORPORATION

This letter contains the payoff figures requested good through July 21, 2014 for the above referenced Reverse Mortgage. During this process, any monthly payments and line of credit advances will be suspended. If this loan is currently in a default status, we will continue our proceedings for the loan.

As indicated in this letter, interest is calculated on a daily basis. We will therefore accept the full payment amount whenever it is paid and collect interest only to the date of that payment.

**THIS STATEMENT REFLECTS THE PAYOFF DATE YOU PROVIDED**

PAYOFF QUOTE

**TOTAL PRINCIPAL, INTEREST AND OTHER AMOUNTS DUE UNDER REVERSE MORTGAGE LOAN AGREEMENT, PROMISSORY NOTE AND SECURITY INSTRUMENT**

| | |
|---|---:|
| Prior Month End Balance | $293,027.65 |
| Interest to 07/21/2014 | $175.01 |
| | $80.28 |
| | $35.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $165.00 |
| | $0.00 |



EXHIBIT

tabbies

1

Net Limit MIP
Service Fee
Fidelity Appraisal Fee
Attorney Costs
Attorney Fees
Forced Place Insurance
Fidelity Corporate Advance - Misc. other fees
Fidelity Property Preservation

|  |  |
|---|---|
| | 08/22/2013 T INSP INSPECTION |
| $15.00 | |
| | 09/16/2013 T INSP INSPECTION |
| $15.00 | |
| | 10/15/2013 T INSP INSPECTION |
| $15.00 | |
| | 11/15/2013 T INSP INSPECTION |
| $15.00 | |
| | 12/11/2013 T INSP INSPECTION |
| $15.00 | |
| | 01/13/2014 T INSP INSPECTION |
| $15.00 | |
| | 02/12/2014 T INSP INSPECTION |
| $15.00 | |
| | 03/19/2014 T INSP INSPECTION |
| $15.00 | |
| | 04/14/2014 T INSP INSPECTION |
| $15.00 | |
| | 05/13/2014 T INSP INSPECTION |
| $15.00 | |
| | 06/12/2014 T INSP INSPECTION |
| $15.00 | |

Fidelity Corporate Advance - Taxes

| | |
|---|---|
| TOTAL AMOUNT DUE UNDER THE REVERSE MORTGAGE LOAN AGREEMENT, PROMISSORY NOTE AND SECURITY INSTRUMENT | $293,482.94 |

**ADDITIONAL CONTRACTUAL AND OTHER FEES AND CHARGES DUE**

| | |
|---|---|
| Recording Cost | $31.50 |
| TOTAL CONTRACTUAL AND OTHER FEES AND CHARGES DUE | $31.50 |
| **TOTAL AMOUNT DUE** | **$293,514.44** |

Funds received after July 21, 2014 will require additional per diem interest in the amount of $12.78

**\*\*ALL FIGURES MUST BE VERIFIED 24 HOURS PRIOR TO PAYOFF. FOR YOUR CONVENIENCE, PLEASE CALL 1-800-472-3209\*\***

**\*\*ALL FIGURES ARE SUBJECT TO FINAL VERIFICATION BY THE NOTEHOLDER AND MAY CHANGE IF A DISBURSEMENT WAS MADE FOR ANY REASON PRIOR TO RECEIPT OF FUNDS\*\***

**\*\*FUNDS MUST BE MADE BY WIRE, CASHIER'S CHECK OR CERTIFIED FUNDS\*\***

**WHERE TO SEND PAYOFF FUNDS**

**By Wire:**

Wells Fargo Bank, N.A.
Beneficiary Bank ABA:            . . .
Beneficiary Bank Acct.
Special Information for Beneficiary:

**By Overnight Mail:**

Wells Fargo Home Mortgage
Reverse Mortgage Servicing
Attn: Payoff Dept MAC D3348-018
3480 Stateview Blvd
Fort Mill, SC 29715

Apply funds to RMS loan number: 1281708

Sender's Name and Phone Number:

**FUNDS MUST BE RECEIVED BY 2 P.M. EASTERN TIME FOR SAME-DAY PROCESSING.**

**PAYOFFS ARE NOT POSTED ON WEEKENDS OR HOLIDAYS; INTEREST WILL BE ADDED TO THE ACCOUNT FOR THESE DAYS.**

**BORROWER'S RESPONSIBILITIES**

If you are planning to move, please be sure to provide us with your new mailing address, so we can send you any year-end statements and other documents in a timely manner. For your convenience, you can indicate your new address on the Payoff Transmittal Form included in this packet.

**PAYOFF TRANSMITTAL FORM**

The attached coupon must accompany the payoff funds to ensure proper processing and forwarding of future documentation. It is only necessary to fax the form below to 1-866-365-0842 if you have wired funds and the mailing address is changing.

Once the loan has been paid off, we will release the first lien and request the US Department of Housing and Urban Development to release the second lien, which will be forwarded to you directly by their office. Any questions regarding the release of your loan documents should be directed to our Lien Release Department via fax at 1-866-365-0842. Please include the loan number, borrower name, payoff date and contact information.

If you have any additional questions or require updated payoff figures, please contact us at 1-800-472-3209.

Sincerely,

Wells Fargo Home Mortgage
Reverse Mortgage Servicing

Amount:        $100,000.00
Account:
Bank Number:

Sequence Number:   9592886528
Capture Date:      07/14/2014
Check Number:      1134200548



**Bank of America**  Cashier's Check          No. 1134200548

Void After 90 Days                    Date 07/11/14 04:49:39 PM

LEXINGTON PARK CENTER
0900     S018073     0121

Pay          BANK OF AMERICA ***$100,000.00

To The     ANTHONY SILVA
Order Of    TIM DAY

Remiter (Purchaser By):   ANITA WARREN

Bank of America, N.A.
SAN ANTONIO, TX                           AUTHORIZED SIGNATURE

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.  ■ = HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

010504863

www.bankofamerica.com                    www.bankofamerica.com

www.bankofamerica.com                    www.bankofamerica.com

ofamerica.com                            www.bankofamerica.com

**Electronic Endorsements**

| Date | Sequence | Bank # | Endrs Type | Bank Name | Trunc Return Reason |
|------|----------|--------|-----------|-----------|---------------------|
| 07/14/2014 | 009592886528 | 111012822 | Pay Bank | BANK OF AMERICA, NA | N |
| 07/11/2014 | 0031186543 | 063102152 | Rtn Loc/BOFD | SUNTRUST BANK | Y |



EXHIBIT

2

**Pete McGough**

| | |
|---|---|
| **From:** | DoNotReply.WireConfirmations@BBandT.com |
| **Sent:** | Thursday, July 24, 2014 4:01 PM |
| **To:** | Pete McGough |
| **Subject:** | BB&T Credit Wire Confirmation #secure# 2014072400008484 |



# Treasury Management Client Support
## 800-774-6179 (option 1, then option 1)

## CREDIT CONFIRMATION

| | |
|---|---|
| **Transaction Reference Number:** | 2014072400008484 |
| **Value Date:** | 07/24/2014 |
| **Account Number:** | |
| **Account Name:** | BRENNAN TITLE COMPANY |
| **Reference Number:** | |
| **Transaction Posting Time:** | 2014/07/24 15:58:12 |

**Amount: 60,500.00**                    **Currency: US DOLLAR**

**Debit Party Information:**

SUNTRUST BANK
ATLANTA, GA

**Sender's Reference:**

**Originating Party Information:**

ANTHONY R SILVA
SUZANNE M SILVA
2577 LAUREL BRANCH DR
WALDORF MD 20603-5149

**Credit Party Information:**

BRENNAN TITLE COMPANY
MAHT ACCT
11049 RACETRACK RD STE E
OCEAN PINES MD 21811-3000

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

1



LIBER 6 4 0 7 FOLIO 0 9 7

Brennan Title Company
File No. 27141606PJM
Tax ID # 03-063364

**This Deed**, made this    th day of July, 2014, by and between **William H. Kelly** and **Patricia Margaret Kelly**, GRANTORS, and **Anthony R. Silva** and **Suzanne M. Silva**, GRANTEES.

**Witnesseth —**

**That in consideration** of the sum of Two Hundred Eighty-Five Thousand and 00/100 Dollars ($285,000.00), which includes the amount of any outstanding Mortgage or Deed of Trust, if any, the receipt of which is hereby acknowledged, the said Grantors do hereby grant and convey to the said Grantees, as tenants by the entirety unto the survivor of them, his or her heirs and assigns, in fee simple, all that lot of ground situate in the County of Worcester, State of Maryland and described as follows, that is to say:

ALL that certain lot of land situate, lying and being in the Third Election District, Worcester County, State of Maryland, in that Subdivision known as "OCEAN PINES", and being more particularly shown and designated as Lot No. B-11-031 on a Plat entitled 'OCEAN PINES- SECTION ELEVEL" made by Prince William Engineering Company, certified by B. Calvin Burns, Registered Professional Engineer, Maryland No. 2583, and recorded among the Land Records for Worcester County, Maryland, in Plot Book F.W.H. No.19, Folio7, et seq.

BEING all and the same property conveyed unto William H. Kelly and Patricia Margaret Kelly, from Transcontinental Development Co., by Deed dated August 20, 1980 and recorded August 29, 1980 among the Land Records of Worcester County, Maryland in Liber 721, folio 495.

```
nevise.. uc
LR - Deed (w Taxes)
Recording Fee no CT
                  20.00
Grantor/Grantee Name:
silva/kelly
Reference/Control #:
6407/97
LR - Surcharge -
linked       40.00
LR - Recordation Tax -
linked    1,901.00
LR - State Transfer
Tax - linked  1,425.00
LR - Non-Resident Tax
- linked       0.00
Subtotal:    3,366.00
Total:       3,401.00
07/30/2014  01:04
              CC23-RH
#3191806 CC0104 -
Worcester
County/CC01.04.02 -
```

**Together with** the buildings and improvements thereon erected, made or being; and all and every, the rights, alleys, ways, waters, privileges, appurtenances and advantages thereto belonging, or in anywise appertaining.

**To Have and To Hold** the said tract of ground and premises above described and mentioned, and hereby intended to be conveyed, together with the rights, privileges, appurtenances and advantages thereto belonging or appertaining unto and to the proper use and benefit of the said Anthony R. Silva and Suzanne M. Silva, as tenants by the entirety unto the survivor of them, his or her heirs and assigns, in fee simple.

**And** the Grantors hereby covenant that they have not done or suffered to be done any act, matter or thing whatsoever, to encumber the property hereby conveyed; that they will warrant Generally the property hereby granted; and that they will execute such further assurances of the same as may be requisite.

FILED

2014 JUL 30 PM 12: 48

STEPHEN V. HALES
CLK. CT. CT.
WOR. CO.



EXHIBIT
4

WORCESTER COUNTY CIRCUIT COURT (Land Records) SVH 6407, p. 0097, MSA_CE31_6228. Date available 08/04/2014. Printed 11/04/2014.

LIBER 6 4 0 7 FOLIO 0 9 8

**In Witness Whereof,** Grantors have caused this Deed to be properly executed and sealed the day and year first above written.

_Virginia S. Kley_                                  _William H. Kelly_ (SEAL)
                                                     William H. Kelly

_Virginia S. Kley_                                  _Patricia Margaret Kelly_ (SEAL)
                                                     Patricia Margaret Kelly

STATE OF MARYLAND          } ss
COUNTY OF Carroll

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_Virginia S. Kley_
Notary Public

My Commission Expires: _12-30-17_

THIS IS TO CERTIFY that the within Deed was prepared by, or under the supervision of the undersigned, an Attorney duly admitted to practice before the Court of Appeals of Maryland.

_John M. Brennan_
Attorney        John M. Brennan

AFTER RECORDING, PLEASE RETURN TO:
**Brennan Title Company**
**11049 Racetrack Road**
**Suite E**
**Berlin, MD 21811**

TRANSFER TAX PAID
FINANCE OFFICER
WORCESTER COUNTY MARYLAND
By _m_    Date _1/30/14_
Tax _1425.00_

TAXES FOR WHICH ASSESSMENTS
HAVE BEEN RECEIVED HAVE BEEN
PAID AS OF THIS DATE. _1/30/14_
Worcester County Finance Officer
By _m_
EXCEPT PERSONAL PROPERTY

PAID
Water & Wastewater Services

JUL 3 0 2014

Worcester Co. Finance Officer
by _X.M_

WORCESTER COUNTY CIRCUIT COURT (Land Records) SVH 6407, p. 0098, MSA_CE31_6228. Date available 08/04/2014. Printed 11/04/2014.

LIBER 6 4 0 7 FOLIO 0 9 9

# TRANSFEROR AFFIDAVIT AND CERTIFICATION
## OF RESIDENCE OR PRINCIPAL RESIDENCE

Based on the certification below, Transferor claims exemption from the tax withholding requirements of Section 10-912 of Maryland's Tax General Article. Section 10-912 states that certain tax payments must be withheld when a deed or other instrument that affects a change in the ownership of real property is recorded. The requirements of 10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

| 1. TRANSFEROR INFORMATION | |
|---|---|
| Name of Transferor | William H. Kelly and Patricia Margaret Kelly |

| 2. REASON FOR EXEMPTION | | |
|---|---|---|
| RESIDENT STATUS | ☑ | I, transferor, am a resident of the State of Maryland |
| | O | Transferor is a resident entity under Section 10-91(A) (4) of Maryland's Tax General Article, I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf. |
| PRINCIPAL RESIDENCE | O | Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC Section 121. |

Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct and complete.

| 3. INDIVIDUAL TRANSFERORS | |
|---|---|
| Virginia F. Kirby | William H. Kelly |
| Witness | William H. Kelly |
| | Patricia Margaret Kelly |
| | Patricia Margaret Kelly |

| 4. ENTITY TRANSFERORS | |
|---|---|
| | |
| Witness | NAME OF ENTITY |
| | By: |
| | Printed Name |
| JUL 3 0 2014   The foregoing instrument filed for record and is accordingly recorded among the land records of Worcester County, Maryland. | Title |
| | Clerk |

WORCESTER COUNTY CIRCUIT COURT (Land Records) SVH 6407, p. 0099, MSA_CE31_6228. Date available 08/04/2014. Printed 11/04/2014.

**State of Maryland Land Instrument Intake Sheet**

☐ Baltimore City   ☒ County: Worcester

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
*(Type or Print in Black Ink Only—All Copies Must Be Legible)*

LIBER 6407 FOLIO 100

| 1 | Type(s) of Instruments | ( ☐ Check Box if addendum Intake Form is Attached.) |
|---|---|---|

| | | 1 Deed | Mortgage | Other _____ | Other _____ |
| | | 2 Deed of Trust | Lease | | |

| 2 | Conveyance Type Check Box | X Improved Sale Arms-Length [1] | Unimproved Sale Arms-Length [2] | Multiple Accounts Arms-Length [3] | Not an Arms-Length Sale [9] |

| 3 | Tax Exemptions (if applicable) Cite or Explain Authority | Recordation | | | |
| | | State Transfer | | | |
| | | County Transfer | | | |

| 4 | Consideration and Tax Calculations | **Consideration Amount** | | **Finance Office Use Only Transfer and Recordation Tax Consideration** | |
|---|---|---|---|---|---|
| | | Purchase Price/Consideration | $ 285,000.00 | | |
| | | Any New Mortgage | $ | Transfer Tax Consideration | $ |
| | | Balance of Existing Mortgage | $ 228,000.00 | X ( ) % = $ |
| | | Other: | $ | Less Exemption Amount - $ |
| | | | | Total Transfer Tax = $ |
| | | Other: | $ | Recordation Tax Consideration $ |
| | | | | X ( ) per $500 = $ |
| | | Full Cash Value: | $ | TOTAL DUE $ |

| 5 | Fees | Amount of Fees | Doc. 1 | Doc. 2 | Agent: |
|---|---|---|---|---|---|
| | | Recording Charge | $ 20.00 | $ 75.00 | |
| | | Surcharge | $ 40.00 | $ 40.00 | Tax Bill: |
| | | State Recordation Tax | $ 1,881.00 | $ | |
| | | State Transfer Tax | $ 1,426.00 | $ | C.B. Credit: |
| | | County Transfer Tax | $ 1,425.00 | $ | |
| | | Other | $ | $ | Ag. Tax/Other: |
| | | Other | $ | $ | |

| 6 | Description of Property | District | Property Tax ID No. (1) 03-063364 | Grantor Liber/Folio | Map | Parcel No. | Var. LOG ☐ (5) |
|---|---|---|---|---|---|---|---|
| | SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i) | Subdivision Name Ocean Pines | | Lot (3a) W-11-031 | Block (3b) | Sect/AR (3c) 11 | Plat Ref. | Sq.Ft/Acreage (4) |
| | | **Location/Address of Property Being Conveyed (2)** 6 Boston Drive, Berlin, MD 21811 | | | | | | |
| | | Other Property Identifiers (if applicable) | | | | Water Meter Account No. | |
| | | Residential ☒ or Non-Residential ☐   Fee Simple ☒ or Ground Rent ☐   Amount: N/A | | | | | |
| | | Partial Conveyance? ☐ Yes ☒ No   Description/Amt. of SqFt/Acreage Transferred: N/A | | | | | |
| | | If Partial Conveyance, List Improvements Conveyed: N/A | | | | | |

| 7 | Transferred From | Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|---|---|
| | | William H. Kelly | Anthony R. Silva |
| | | Patricia Margaret Kelly | Suzanne M. Silva |
| | | Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 – Owner(s) of Record, if Different from Grantor(s) |

| 8 | Transferred To | Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|---|---|
| | | Anthony R. Silva | SUNTRUST MORTGAGE, INC. |
| | | Suzanne M. Silva | |
| | | **New Owner's (Grantee) Mailing Address** 2677 Laurel Branch Drive, Waldorf, MD 20603 | |

| 9 | Other Names to Be Indexed | Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |

| 10 | Contact/Mail Information | Instrument Submitted By or Contact Person | ☒ Return to Contact Person |
|---|---|---|---|
| | | Name: Pete | ☐ Hold for Pickup |
| | | Firm: Brennan Title Company | |
| | | Address: 11049 Racetrack Road, Suite E | ☐ Return Address Provided |
| | | Berlin, MD 21811   Phone: (410) 524-5246 | |

| 11 | Assessment Information | IMPORTANT: BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER | |
|---|---|---|---|
| | | Yes ☐ No ☒ | Will the property being conveyed be the grantee's principal residence? |
| | | Yes ☐ No ☒ | Does transfer include personal property? If yes, identify: |
| | | Yes ☐ No ☒ | Was property surveyed? If yes, attach copy of survey (if recorded, no copy required). |

**Assessment Use Only – Do Not Write Below This Line**

| Terminal Verification | Agricultural Verification | Whole | Part | Tran. Process Verification |
|---|---|---|---|---|
| Transfer Number | Date Received: | Deed Reference: | Assigned Property No. | |
| Year 20 | 20 | Geo. | Map | Sub | Block |
| Land | | Zoning | Grid | Plat | Lot |
| Buildings | | Use | Parcel | Section | Occ. Cd |
| Total | | Town Cd | Ex. St. | Ex. Cd. | |
| REMARKS: | | | | | |

Distribution: ☐ Clerk's Office  ☐ Office of Finance   ☐ SDAT  ☐ Preparer   AOC-CC-300 (5/2007)   27141606PJM

WORCESTER COUNTY CIRCUIT COURT (Land Records: SVH 6407, p. 0100, MSA_CE31_6228. Date available 08/04/2014. Printed 11/04/2014.

Pete McGough

**From:**      DoNotReply.WireConfirmations@BBandT.com
**Sent:**      Wednesday, August 20, 2014 1:04 PM
**To:**        Pete McGough
**Subject:**   BB&T Credit Wire Confirmation #secure# 2014082000005773



# Treasury Management Client Support
## 800-774-6179 (option 1, then option 1)

## CREDIT CONFIRMATION

| | |
|---|---|
| Transaction Reference Number: | 2014082000005773 |
| Value Date: | 08/20/2014 |
| Account Number: | |
| Account Name: | BRENNAN TITLE COMPANY |
| Reference Number: | |
| Transaction Posting Time: | 2014/08/20 13:02:07 |

Amount: 169,026.96                    Currency: US DOLLAR

**Debit Party Information:**

BANK OF AMERICA, NATIONAL ASSO
100 N TRYON ST
CHARLOTTE
NC 28255

**Sender's Reference:**             2014082000222965

**Originating Bank Information:**    S/BOFAUS3N
BANK OF AMERICA, N.A.
222 BROADWAY
NEW YORK,NY,US

**Originating Party Information:**   ANITA K WARREN /
ELIZABETH E CLAUS
21895 PEGG RD UNIT 211
LEXINGTON PARK MD 20653-2967

**Originating Party Reference:**     127693612

**Credit Party Information:**

BRENNAN TITLE COMPANY

1



EXHIBIT
tabbies
5

MAHT ACCT
11049 RACETRACK RD STE E
OCEAN PINES MD 21811-3000

NOTE: THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE
OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED
THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS
COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US. THANK YOU.

*The information in this transmission may contain proprietary and non-public information of BB&T or its
affiliates and may be subject to protection under the law. The message is intended for the sole use of the
individual or entity to which it is addressed. If you are not the intended recipient, you are notified that any use,
distribution or copying of the message is strictly prohibited. If you received this message in error, please delete
the material from your system without reading the content and notify the sender immediately of the inadvertent
transmission.*

** To protect your confidential information, this message has been securely delivered to you by BB&T using
either Cisco Registered Envelope Service (CRES) or Transport Layer Security (TLS) secure email protocol. **

2

LIBER 6422 FOLIO 463

WORCESTER COUNTY CIRCUIT COURT (Land Records) SVH 6422, p. 0463, MSA_CE31_6243. Date available 09/08/2014. Printed 11/04/2014.

Brennan Title Company
File No. 27141708PJM
Tax ID # 03-075893

**This Deed**, made this 26th day of August, 2014, by and between Estate of Dorothy P.
O'Connor, Michele O. Thomas, Personal Representative, GRANTOR, and Timothy Day,
GRANTEE.

## Witnesseth —

**That in consideration** of the sum of One Hundred Eighty-Six Thousand Five Hundred and
00/100 Dollars ($186,500.00), which includes the amount of any outstanding Mortgage or Deed of Trust,
if any, the receipt of which is hereby acknowledged, the said Grantor does hereby grant and convey to the
said Grantee, as sole owner, in fee simple, all that lot of ground situate in the County of Worcester, State
of Maryland and described as follows, that is to say:

ALL that lot or parcel of land situate, lying and being in the section called "Nantuckett", of the
development known as "OCEAN PINES", in the Third Election District of Worcester County, State of
Maryland, and being more particularly described as Lot No. B-11-184, and as shown and designated on
the plat entitled "Ocean Pines- Section Eleven", made by C. Calvin Burns, Registered Professional
Engineer No. 2883, of the State of Maryland, said plat being duly recorded among the Land Records of
Worcester County, State of Maryland, in Plat Book FHW No. 19, folio 7, and being in all respects a part
of the property now compromising one entire parcel of land known as "NANTUCKETT" or "OCEAN
PINES-SECTION ELEVEN", as aforesaid.

BEING ALL and the same property conveyed unto Michael D. O'Connor, Sr. and Dorothy P. O'Connor,
husband and wife, from J. Hooper Parrott, Trustee under Revocable Trust Agreement dated 11/10/93 and
Shirley H. Parrott, Trustee under Revocable Trust Agreement dated 11/10/93, by Deed dated April 28,
1994 and recorded May 5, 1994 among the Land records of Worcester County, Maryland in Liber 2052,
folio 581.
Dorothy P. O'Connor, Surviving Tenant by the Entirety of Michael D. O'Connor, Sr., who departed this
life of or about July 14, 1995.
Michele O. Thomas, Personal Representative of the Estate of Dorothy P. O'Connor, who departed this
life on or about May 12, 2014. Estate #15695.

**Together with** the buildings and improvements thereon erected, made or being; and all and every,
the rights, alleys, ways, waters, privileges, appurtenances and advantages thereto belonging, or in anywise
appertaining.

**To Have and To Hold** the said tract of ground and premises above described and
mentioned, and hereby intended to be conveyed, together with the rights, privileges, appurtenances and
advantages thereto belonging or appertaining unto and to the proper use and benefit of the said Timothy
Day, as sole owner, in fee simple.

**And** the Grantor hereby covenants that she has not done or suffered to be done any act, matter or thing
whatsoever, to encumber the property hereby conveyed; that she will warrant Generally the property
hereby granted; and that she will execute such further assurances of the same as may be requisite.


EXHIBIT

6

FILED

2014 SEP -4  PM 1: 10

STEPHEN V. HALES
CLK. CT. CT.
WOR. CO.

LIBER 6 4 2 2 FOLIO 4 6 4

**In Witness Whereof,** Grantor has caused this Deed to be properly executed and sealed the day and year first above written.

_____     _Michele O. Thomas_ (SEAL)
Estate of Dorothy P. O'Connor, Michele O.
Thomas, Personal Representative

STATE OF MARYLAND                } ss
COUNTY OF WORCESTER     }

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

PETER J. MCGOUGH                          _____
NOTARY PUBLIC STATE OF MARYLAND     Notary Public
County of Worcester
My Commission Expires March 24, 2015     My Commission Expires: _____

THIS IS TO CERTIFY that the within Deed was prepared by, or under the supervision of the undersigned, an Attorney duly admitted to practice before the Court of Appeals of Maryland.

_John M. Brennan_
Attorney          John M. Brennan

AFTER RECORDING, PLEASE RETURN TO:
**Brennan Title Company**
**11049 Racetrack Road**
**Suite E**
**Berlin, MD 21811**

TRANSFER TAX PAID
FINANCE OFFICER
WORCESTER COUNTY MARYLAND
By _____ Date 9-4-14
Tax 682.50

PAID
Water & Wastewater Services
SEP 04 2014
Worcester Co. Finance Officer
by XTm

TAXES FOR WHICH ASSESSMENTS
HAVE BEEN RECEIVED, HAVE BEEN
PAID AS OF THIS DATE. 9-4-14
Worcester County Finance Officer
By _____
EXCEPT PERSONAL PROPERTY

LR - Deed (w Taxes)
Recording Fee no CT
                    20.00
Grantor/Grantee Name:
oconner/day
Reference/Control #:
6422/462
LR - Surcharge -
linked              40.00
LR - Recordation Tax -
linked           1,230.90
LR - State Transfer
Tax - linked       466.25
LR - Non-Resident Tax
- linked             0.00
================================
SubTotal:        1,757.15
================================
Total:           1,757.15
09/04/2014  01:27
                    CC23-RH
#3247990 CC0104 -
Worcester
County/CC01.04.02 -
Register 02

WORCESTER COUNTY CIRCUIT COURT (Land Records) SVH 6422, p. 0464, MSA_CE31_6243. Date available 05/08/2014. Printed 11/04/2014.

LIBER 6422 FOLIO 465

# TRANSFEROR AFFIDAVIT AND CERTIFICATION
## OF RESIDENCE OR PRINCIPAL RESIDENCE

Based on the certification below, Transferor claims exemption from the tax withholding requirements of Section 10-912 of Maryland's Tax General Article. Section 10-912 states that certain tax payments must be withheld when a deed or other instrument that affects a change in the ownership of real property is recorded. The requirements of 10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

| 1. TRANSFEROR INFORMATION | |
|---|---|
| Name of Transferor | Estate of Dorothy P. O'Connor |

| 2. REASON FOR EXEMPTION | | |
|---|---|---|
| RESIDENT STATUS | O | I, transferor, am a resident of the State of Maryland |
| | ☑ | Transferor is a resident entity under Section 10-91(A) (4) of Maryland's Tax General Article, I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf. |
| PRINCIPAL RESIDENCE | O | Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC Section 121. |

Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct and complete.

| 3. INDIVIDUAL TRANSFERORS |
|---|
| Witness |

| 4. ENTITY TRANSFERORS |
|---|
| Witness |

Estate of Dorothy P. O'Connor
NAME OF ENTITY

By: _Michele O. Thomas_

Michele O. Thomas
Printed Name

Personal Representative
Title

WORCESTER COUNTY CIRCUIT COURT (Land Records) SVH 6422, p. 0465, MSA_CE31_6243. Date available 09/08/2014. Printed 11/04/2014.

WORCESTER COUNTY CIRCUIT COURT (Land Records) SVH 6422, p. 0466, MSA_CE31_6243. Date available 09/08/2014. Printed 11/04/2014.

### AFFIDAVIT OF GRANTEE AS LIBER 6 4 2 2 FOLIO 4 6 6
### FIRST-TIME MARYLAND HOME BUYER

The undersigned states under oath and penalties of perjury that the following is true to the best of the knowledge, information, and belief of each individual:

1.   The undersigned is the Grantee of residentially improved real property located at 3 Boston Drive, Berlin, MD 21811, and being more particularly described as Lot B-11-184, Section 11, Ocean Pines, Tax ID Number 03-075893, Worcester County, Maryland.

2.   The undersigned is a first-time Maryland home buyer (defined as an individual who has never owned in the state residential real property that has been the individual's principal place of residence) who will occupy the property as Grantee's principal residence (WORCESTER COUNTY ONLY- for at least 7 of the next 12 months).

_____        _____
**Timothy Day**                                      Grantee

The undersigned states under oath and penalties of perjury that the following is true to the best of the knowledge, information, and belief of each individual:

1.   The undersigned is the Grantee of residentially improved real property located at 3 Boston Drive, Berlin, MD 21811, and being more particularly described as Lot B-11-184, Section 11, Ocean Pines, Tax ID Number 03-075893, Worcester County, Maryland.

2.   The undersigned is a co-maker or guarantor of the purchase money mortgage or purchase money deed of trust as defined in §12-108(i) of the Tax Property Article on the property who will not occupy the property as Grantee's principal residence.

_____
Guarantor/co-maker

The above oath or affirmation was given under the penalties of perjury before me, a Notary Public in and for the State of Maryland, County of Worcester, this 26th day of August, 2014.

PETER J. MCGOUGH
NOTARY PUBLIC STATE OF MARYLAND
County of Worcester
My Commission Expires March 24, 2019  Notary Public
My Commission Expires: ____

WORCESTER COUNTY CIRCUIT COURT (Land Records) SVH 6422, p. 0467, MSA_CE31_6243. Date available 09/08/2014. Printed 11/04/2014.

File No. 27141708PJM

LIBER 6422 FOLIO 467

## OWNER OCCUPANCY AFFIDAVIT

Timothy Day, the Grantee in the within Deed hereby certify under the penalties of perjury, as evidenced by the joinder herein, that the land conveyed in this Deed is residentially improved owner-occupied real property and that the residence will be occupied by me. The Buyer/Grantee hereby swears or affirms under the penalty of perjury that the property herein conveyed is intended to be used as my principal residence by actually occupying the residence (WORCESTER COUNTY ONLY- for at least 7 of the next 12 months).

WITNESS:

_____          _____ (SEAL)
As to All                                                  Timothy Day

                                                            _____ (SEAL)

STATE OF MARYLAND, _____Worcester_____, to wit:

I HEREBY CERTIFY, that on this 26th day of August, 2014, before me, the subscriber, a Notary Public of the State and County aforesaid, personally appeared Timothy Day, the party herein, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged the foregoing to be his act, and in my presence signed and sealed the same.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

PETER J. MCGOUGH
NOTARY PUBLIC STATE OF MARYLAND
County of Worcester
My Commission Expires March 24, 2015

_____
Notary Public

My Commission Expires: _____

_____SEP 0 4 2014_____ The foregoing instrument filed for record and is accordingly recorded among the land records of Worcester County, Maryland. _____ Clerk

WORCESTER COUNTY CIRCUIT COURT (Land Records) SVH 6422, p. 0468, MSA_CE31_6243. Date available 09/08/2014. Printed 11/04/2014.

State of Maryland Land Instrument Intake Sheet
☐ Baltimore City   ☒ County: Worcester

*Information provided is for the use of the Clerk's Office, State Department of Assessment and Taxation, and County Finance Office Only.*
(Type or Print in Black Ink Only—All Copies Must Be Legible)

**1 | Type(s) of Instruments**
☐ Check Box if addendum Intake Form is Attached.
☒ Deed ☐ Deed of Trust   ☐ Mortgage   ☐ Other _____ ☐ Other _____
☐ Lease   ☐ Subsequent Deed Amt Length [/]   ☐ Multiple Accounts Amt Length [/]   ☐ No or Amts Length ME [/]

**2 | Conveyance Type Check Box**
☒ Improved Sale Amt Length [/]

**3 | Tax Exemptions (if applicable) Cite or Explain Authority**
Recordation _____
State Transfer _____
County Transfer _____

**4 | Consideration and Tax Calculations**

| | Consideration Amount | | Finance Office Use Only | |
|---|---|---|---|---|
| Purchase Price/Consideration | $ 198,000.00 | Transfer and Recordation Tax Consideration | | |
| Any New Mortgage | $ | Transfer Tax Consideration | $ | |
| Balance of Existing Mortgage | $ | X ( ) % | | |
| | | Less Exemption Amount | – $ | |
| Other: | $ | | | |
| Other: | $ | Total Transfer Tax | = $ | |
| Full Cash Value: | $ | Recordation Tax Consideration | $ | |
| | | X ( ) per $500 | = $ | |
| | | **TOTAL DUE** | $ | |

**5 | Amount of Fees**

| | Doc. 1 | Doc. 2 | | Agent: |
|---|---|---|---|---|
| Recording Charge | $ 20.00 | $ | | |
| Surcharge | $ 40.00 | $ | | Tax Bill: |
| State Recordation Tax | $ 1,230.00 | $ | | |
| State Transfer Tax | $ 495.28 | $ | | C.B. Credit: |
| County Transfer Tax | $ 692.50 | $ | | |
| Other | $ | $ | | Ag. Tax/Other: |
| Other | $ | $ | | |

**6 | District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG**
Description of Property SDAT requires submission of all applicable information.
03-070693
Subdivision Name: Ocean Pines
Lot (3a): B-11-194   Block (3b): 11   Sect/AR (3c):
Ag. Tax/Other:

Description of Property: A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

3 Boston Drive, Berlin, MD 21811
Location/Address of Property Being Conveyed (2)
☐ Residential ☒ or Non-Residential ☐   Fee Simple ☒ or Ground Rent ☐   Amount: N/A   Water Meter Account No.
Partial Conveyance? ☐ Yes ☒ No   Description/Amt. of SqFt/Acreage Transferred: N/A

If Partial Conveyance, List Improvements Conveyed: N/A

**7 | Transferred From**
Doc. 1 – Owner(s) of Record, if Different from Grantor(s)   Doc. 2 – Owner(s) of Record, if Different from Grantor(s)
Estate of Dorothy P. O'Conner

**8 | Transferred To**
Doc. 1 – Grantee(s) Name(s)   Doc. 2 – Grantee(s) Name(s)
Timothy Day
New Owner's (Grantee) Mailing Address
3 Boston Drive, Berlin, MD 21811

**9 | Other Names to be Indexed**
Doc. 1 – Additional Names to be Indexed (Optional)   Doc. 2 – Additional Names to be Indexed (Optional)

**10 | Contact/Mail Information**
Instrument Submitted By or Contact Person
Name:  Peta
Firm:  Brennan Title Company
Address: 11040 Racetrack Road, Suite E
Berlin, MD 21811   Phone: (410) 524-6246
☐ Return to Contact Person
☐ Hold for Pickup
☐ Return Address Provided

**11 | IMPORTANT: BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER**
☒ Yes ☐ No   Will the property being conveyed be the grantee's principal residence?
☐ Yes ☒ No   Does transfer include personal property? If yes, identify:
Was property surveyed? If yes, attach copy of survey (if recorded, no copy required)

Assessment Use Only – Do Not Write Below This Line
Terminal Verification   Agricultural Verification   Whole   Part   Transfer Number
Date Received: _____   Assigned Property No.   Then, Process Verification

| | Year | Geo. | Map | Sub | Block |
|---|---|---|---|---|---|
| Land | 20 | Zoning | Grid | Plat | |
| Buildings | 20 | Use | Parcel | Section | Occ. Cd. |
| Total | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

Distribution:  ☐ Clerk's Office   ☐ SDAT
               ☐ Office of Finance   ☐ Preparer

AOC-CC-300 (9/2003)

27141708PJM

Space Reserved for County Validation

Space Reserved for Circuit Court Clerk Recording Validation

Amount:       $33,000.00
Account:
Bank Number:

Sequence Number:  9792349399
Capture Date:     09/10/2014
Check Number:     1134200717

**Bank of America**                    Cashier's Check              No. 1134200717

Void After 90 Days                30-1/1140    Date 08/20/14 02:00:14 PM
                                              NTX

LEXINGTON PARK CENTER
0010     5018073     0069

Pay                    BANK OF AMERICA                    ***$33,000.00

To The
Order Of    TIM DAY

Remitter (Purchased By):  ANITA WARREN

Bank of America, N.A.
SAN ANTONIO, TX                                           AUTHORIZED SIGNATURE

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW

01    5086



**Electronic Endorsements**

| Date | Sequence | Bank # | Endrs Type | Bank Name | | Trunc Return Reason |
|------|----------|--------|------------|-----------|--|---------------------|
| 09/10/2014 | 009792349399 | 111012822 | Pay Bank | BANK OF AMERICA, NA | | N |
| 09/10/2014 | 000000386735224 | 091000019 | Rtn Loc/BOFD | WELLS FARGO BANK, NA | | Y |

EXHIBIT

7

Amount:          $33,445.00            Sequence Number:   9792349398
Account:                               Capture Date:      09/10/2014
Bank Number:                           Check Number:      1134200718



| Electronic Endorsements | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Date | Sequence | Bank # | Endrs Type | Bank Name | | Trunc Return Reason |
| 09/10/2014 | 000000386735223 | 091000019 | Rtn Loc/BOFD | WELLS FARGO BANK, NA | | Y |
| 09/10/2014 | 009792349398 | 111012822 | Pay Bank | BANK OF AMERICA, NA | | N |



EXHIBIT
8

Amount:          $33,000.00                    Sequence Number:  8892679163
Account:                                       Capture Date:     08/27/2014
Bank Number:                                   Check Number:     1134200716

**Bank of America**         Cashier's Check          No. 1134200716

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a return statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

                                               Void After 90 Days          30-1/110          Date 08/20/14 02:00:14 PM
                                                                            NTX

LEXINGTON PARK CENTER
Q010    5018073    0069

Pay ⟩⟩⟩⟩⟩ BANK OF **3 000**00                                            ***$33,000.00
        AMERICA

To The
Order Of    TIM DAY

Remitter (Purchased By):  ANITA WARREN

Bank of America, N.A.
SAN ANTONIO, TX                                                          AUTHORIZED SIGNATURE

■ THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. ■    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT(S) ■

01   085

www.bankofamerica.com                          www.bankofamerica...

w...                                           www.bankofamerica...

**Electronic Endorsements**

| Date | Sequence | Bank # | Endrs Type | Bank Name | | Trunc Return Reason |
|------|----------|--------|------------|-----------|--|---------------------|
| 08/27/2014 | 009495740366 | 091000022 | Undetermined | U.S. BANK NATIONAL A | | N |
| 08/27/2014 | 000001477180800 | 091000022 | Rtn Loc/BOFD | U.S. BANK NATIONAL A | | Y |
| 08/27/2014 | 008892679163 | 111012822 | Pay Bank | BANK OF AMERICA, NA | | N |
| 08/27/2014 | 009495740366 | 091000022 | Undetermined | U.S. BANK NATIONAL A | | N |

**EXHIBIT**

9

tabbies

File #14-0533 SMS

This page is attached to and incorporates the HUD-1 Settlement Statement involving the undersigned and prepared by District Title**.

The parties and District Title agree as follows:

(A) The settlement is subject to further adjustments between the parties. Borrower(s) and Seller(s) agree that: errors or omissions shall be adjusted and paid by the appropriate party within 10 days of notification by District Title; unpaid adjustments shall bear interest to District Title at the rate of 12% per annum from the date of notification until paid in full. In the event of collection efforts by District Title, the party against whom the efforts are made shall pay all reasonable attorney's fees and costs associated with such efforts. Included in the foregoing amounts (subject to the same rate of interest and fees), District Title, may at its option (but shall not be obligated to), advance funds necessary to complete recordation and to seek on behalf of the Borrower or Seller agree to promptly reimburse District Title for any such funds advanced. Further Borrower and Seller acknowledge that settlement and disbursement are subject to receipt and clearance of all funds necessary to complete this transaction and that in the event that any such funds are not received or fail to clear, District Title is authorized to cease processing the transaction and discontinue payment of all disbursements until additional funds are received and cleared, and is release from any liability arising out of such non-receipt or failure of funds to clear normal banking channels. Borrower(s) acknowledge receipt of a copy of the Truth in Lending Statement and in the case of refinance, two copies of the Notice of Right to Cancel. All signatories hereto acknowledge receipt of privacy policies from both District Title and the title insurance underwriter referenced on the settlement statement.

(B) The accuracy of any information furnished to District Title by other parties is merely reported and not guaranteed by District Title. District Title assumes no liability, express or implied, for matters not appearing of record at the time of title examination; for any tax consequences; for notices, or actual violations of any laws, criminal or otherwise, or governmental regulations, ordinances, rules, orders or requirements, issued by any department, office, or any other authority or agency of any local, state, county, or federal government as to ownership occupancy, taxes, zoning, environmental or otherwise; for the terms, or any notice or violation of the terms, of any document(s) to which District Title is not party. Borrower(s) and Seller(s) agree that in no event shall District Title's liability exceed the greater of its settlement fee or $500.

(C) The SELLER (S)/PROPERTY OWNER(S) warrant that to the best of seller(s) knowledge there are no deeds of trust, mortgages, or assessments levied or pending, judgments, tax liens, or other liens or other unpaid bills of any nature whatsoever affecting the property other than those listed and accurately calculated on the HUD-1 Settlement Statement and the SELLER(s)/PROPERTY OWNER(S) hereby guarantee(s) a) seller(s) option indemnification or prompt and immediate payment, full satisfaction, and release of same. District Title is not responsible for the payment of any utility bills and District Title's liability for the payment of any utility bills, if any, is limited to the amounts reflected on the HUD-1 Settlement Statement. District Title, as a duly licensed agent of the title insurer, is entitled to receive a commission from the title insurance premium involved in this settlement.

(D) District Title shall not be held liable for any damages arising from any neglect, wrongful act or delay of any courier or messenger services that District Title provides or hires.

(E) There is no attorney-client relationship between District Title and any party to this transaction. District Title has rendered no tax advice, legal advice or opinion regarding this transaction and the parties acknowledge that they are not relying upon any tax advice, legal advice or opinion from District Title in this transaction District Title is acting as an agent of the title insurer identified on the HUD-1 settlement statement, and is performing a title examination for the purpose of complying with underwriting guidelines of the title insurer. District Title does not certify or guarantee the title to this property. An insured may seek redress for title claims under the terms of the title insurance policy, but the insured shall not seek redress from District Title for such claims. Borrower(s) and Seller(s) agree that in no event shall District Title's liability exceed the greater of its settlement fee or $500.

(F) In the event that a dispute involving District Title, its agents, servants, and employees, shall arise among the parties to this transaction, any and all such disputes shall be resolved in accordance with the following alternative dispute resolution ("ADR") Agreement.

(1) All disputes, claims, or controversies of any kind and nature arising out of or relation to the relationship among the parties and District Title, including the validity and enforceability of this agreement, will be resolved through mandatory, binding arbitration. All parties are waiving their respective rights to have disputes received in court, including their rights to a trial by jury. The arbitration shall be resolved through the American Arbitration Association ("AAA") or the National Arbitration Forum ("NAF") according to the rules in effect at the time any request for arbitration is filed. District Title will provide information about these arbitration administrators upon request.

(2) The arbitration among the parties shall be conducted by an arbitrator selected mutually by the parties. In all cases, the arbitrator(s) must be a lawyer with more than 10 years of experience or a retired judge. Notwithstanding the foregoing Agreement to Arbitrate, any party may bring any claim against any other party in small claims court (but only small claims court for that jurisdictional amount) in that party's jurisdiction. All other claims or appeals must be arbitrated.

(3) The arbitrator's decision will be final, binding, and enforceable in any court of competent jurisdiction. Fees for the arbitration proceeding are governed by the rules and procedures of the selected arbitration administrator. However, District Title agrees to be bound by any determination made by the arbitrator concerning fees for the arbitration. Each party shall bear the expense of that party's attorneys, experts, and witnesses, regardless of which party prevails in the arbitration.

(4) No party will serve as a class representative or participate as a class member in any dispute resolution or arbitration proceeding. Only a party's claim will be addressed in the arbitration proceeding, and no claims may be aggregated or additional parties added to the arbitration proceeding without the consent of all of the parties that are participating in arbitration. The place of arbitration (venue) will be determined according to the rules of the arbitration administrator, but in no event will arbitration be held in a county (or in the District of Columbia) in which District Title does not have a staffed office location.

(G) If any portion of this Addendum to the HUD-1 Settlement Statement is void, voidable or unenforceable, or if the inclusion of some provision in this Addendum would render the Addendum unenforceable, the parties agree that the void, voidable, or unenforceable provision will be served from the remainder of this Addendum, leaving the remainder of the Addendum enforceable.

APPROVAL AND RECEIPT OF A COPY OF THIS ADDENDUM IS HEREBY ACKNOWLEDGED BY SIGNING BELOW.

PURCHASER(S)/BORROWER(S):                                     SELLER(S):

_____                     _____
                                                      Anita K. Day, now known as Anita K. Warren
3205 7th Street L.L.C.
_____


DISTRICT TITLE:

_____
Authorized Signatory for District Title and not individually

** The term District Title refers to the company District Title, A Corporation ... other than Virginia and for the company District Title & Escrow, LLC for transactions involving the District of Columbia ...

EXHIBIT
10