

# Torri's Legal Services

JACKSON & CAMPBELL, P.C.
ATTN: DAVID COX, ESQ.
1120 20TH STREET, NW
SUITE #300 SOUTH
WASHINGTON, DC 20036

December 4, 2015

Invoice #: 7744
Client File#:

# PAID

Please reference Job # **18845** when remitting.

| Job #: 18845 | Recipient: Anita K. Warren (f/k/a Anita K. Day) | Rec'd: 9/3/2014 |
| Your #: | | Served: 9/3/2014 |
| | Person Served: Anita K. Warren | Method: INDIVIDUAL/PERSONAL |
| | Location Served: 21895 Pegg Road, #211, Lexington Park, MD 20653 | |

| Date | Description | Qty | Fee | Total Fee |
|---|---|---|---|---|
| | Service Fee | 1 | $125.00 | $125.00 |
| | Rush Fee | 1 | $25.00 | $25.00 |

Plaintiff: DISTRICT TITLE, A Corporation
Defendant: ANITA K. WARREN (f/k/a Anita K. Day)
Case #: 2014 CA 005523 B

**PREPAYMENT =** $150.00
**BALANCE DUE =** $0.00

## Quality legal services based on confidence, trust and results!

---

Torri's Legal Services • P.O. Box 18647 • Washington, DC 20036 • (202) 296-0222
E-mail: torri@torrilegalservices.com • Fax: (301) 869-5085 • 1-800-990-SERV



JACKSON & CAMPBELL, P.C.
ATTN: BRIAN THOMPSON, ESQ.
1120 20TH STREET, NW
SUITE #300 SOUTH
WASHINGTON, DC 20036

December 4, 2015

Invoice #: 20070

Client File#:

# PAID

Please reference Job # **20070** when remitting.

Job #: 20070  Recipient: Timothy Day  Rec'd: 12/19/2014
Your #:  Served:
  Person Served: NOT SERVED
  Location Served:

| Date | Description | Qty | Fee | Total Fee |
|------|-------------|-----|-----|-----------|
|      | Attempted Service | 1 | $150.00 | $150.00 |
|      | Rush Service | 1 | $25.00 | $25.00 |
|      | Additional Attempts | 1 | $50.00 | $50.00 |

Plaintiff: DISTRICT TITLE, A Corporation
Defendant: TIMOTHY DAY, ET AL
Case #: 14-1808 ABJ

**PREPAYMENT =** $225.00
**BALANCE DUE =** $0.00

Quality legal services based on
confidence, trust and results!



JACKSON & CAMPBELL, P.C.
ATTN: BRIAN THOMPSON, ESQ.
1120 20TH STREET, NW
SUITE #300 SOUTH
WASHINGTON, DC 20036

December 4, 2015

Invoice #: 20677
Client File#:

# PAID

Please reference Job # 20677 when remitting.

Job #: 20677
Your #:

Recipient: Timothy Day
Person Served:
Location Served:

Rec'd: 2/23/2015
Served:
Method: Non-Serve

| Date | Description | Qty | Fee | Total Fee |
|------|-------------|-----|-----|-----------|
|      | Attemped Service Rush | 1 | $150.00 | $150.00 |

Plaintiff: DISTRICT TITLE, A Corporation
Defendant: TIMOTHY DAY
Case #: 2014 CA 005523 B

**PREPAYMENT =** $150.00
**BALANCE DUE =** $0.00

Quality legal services based on
confidence, trust and results!



# Torri's Legal Services

JACKSON & CAMPBELL, P.C.
ATTN: BRIAN THOMPSON, ESQ.
1120 20TH STREET, NW
SUITE #300 SOUTH
WASHINGTON, DC 20036

December 4, 2015

Invoice #: 20913

Client File#:

# PAID

Please reference Job # **20913** when remitting.

Job #: 20913
Your #:

Recipient: Timothy Day

Person Served: POSTED
Location Served: 3 Boston Drive (a/k/a Ocean Pines), Berlin, MD 21811

Rec'd: 3/13/2015
Served: 3/13/2015
Method: Posted

| Date | Description | Qty | Fee | Total Fee |
|---|---|---|---|---|
|  | Service Fee | 1 | $150.00 | $150.00 |
|  | Mailing | 1 | $10.00 | $10.00 |

Plaintiff: DISTRICT TITLE, A Corporation
Defendant: TIMOTHY DAY
Case #: 2014 CA 005523 B

**PREPAYMENT =** $160.00
**BALANCE DUE =** $0.00

Quality legal services based on
confidence, trust and results!

---

Torri's Legal Services • P.O. Box 18647 • Washington, DC 20036 • (202) 296-0222
E-mail: torri@torrilegalservices.com • Fax: (301) 869-5085 • 1-800-990-SERV

JACKSON & CAMPBELL, P.C.
ATTN: BRIAN THOMPSON, ESQ.
1120 20TH STREET, NW
SUITE #300 SOUTH
WASHINGTON, DC 20036

December 4, 2015

Invoice #: 7942
Client File#:

# PAID

Please reference Job # **18846** when remitting.

| | | | | |
|---|---|---|---|---|
| Job #: 18846 | Recipient: Timothy Day | Rec'd: 9/3/2014 | | |
| Your #: | | Served: 9/6/2014 | | |
| | Person Served: John Doe | Method: SUBSTITUTE - | | |
| | Location Served: 3 Boston Drive (a/k/a Ocean Pines), Berlin, MD | | | |

| Date | Description | Qty | Fee | Total Fee |
|---|---|---|---|---|
| | Attempted Service | 1 | $150.00 | $150.00 |
| | Attempted Rush Service | 1 | $25.00 | $25.00 |
| | Service Fee | 1 | $150.00 | $150.00 |
| | Rush Fee | 1 | $40.00 | $40.00 |
| | Locate | 1 | $100.00 | $100.00 |

Plaintiff: DISTRICT TITLE, A Corporation
Defendant: TIMOTHY DAY
Case #: 2014 CA 005523 B

**PREPAYMENT =** $465.00
**BALANCE DUE =** $0.00

## Quality legal services based on confidence, trust and results!



JACKSON & CAMPBELL, P.C.
ATTN: BRIAN THOMPSON, ESQ.
1120 20TH STREET, NW
SUITE #300 SOUTH
WASHINGTON, DC 20036

<u>December 4, 2015</u>

Invoice #: 19972
Client File#: 5523

# PAID

Please reference Job # **19972** when remitting.

| | | |
|---|---|---|
| **Job #:** 19972 | **Recipient:** Bank of America | **Rec'd:** 12/11/2014 |
| **Your #:** 5523 | | **Served:** 12/11/2014 |
| | **Person Served:** Astin Moore | **Method:** CORPORATE |
| | **Location Served:** 5201 Wisconsin Avenue, N.W., Washington, DC | |

| Date | Description | Qty | Fee | Total Fee |
|---|---|---|---|---|
| | Service Fee | 1 | $95.00 | $95.00 |
| | Telephone and Transportation Fee | 1 | $24.00 | $24.00 |

**Plaintiff:** DISTRICT TITLE, A Corporation
**Defendant:** ANITA K. WARREN (Formerly Known As Anita K. Day)
**Case #:** 1:14-cv-1808 ABJ

**PREPAYMENT =** $119.00
**BALANCE DUE =** $0.00

Quality legal services based on
confidence, trust and results!

---

Torri's Legal Services • P.O. Box 18647 • Washington, DC 20036 • (202) 296-0222
E-mail: torri@torrilegalservices.com • Fax: (301) 869-5085 • 1-800-990-SERV

JACKSON & CAMPBELL, P.C.
ATTN: BRIAN THOMPSON, ESQ.
1120 20TH STREET, NW
SUITE #300 SOUTH
WASHINGTON, DC 20036

December 4, 2015

Invoice #: 19953

Client File#: 5523

# PAID

Please reference Job # **19953** when remitting.

Job #: 19953
Your #: 5523

**Recipient:** Bank of America

**Person Served:** Dekara Johnson
**Location Served:** 750 15th Street, N.W., Washington, D.C.

**Rec'd:** 12/10/2014
**Served:** 12/10/2014
**Method:** CORPORATE

| Date | Description | Qty | Fee | Total Fee |
|---|---|---|---|---|
| | Witness Fee | 1 | $45.00 | $45.00 |
| | Service Fee | 1 | $95.00 | $95.00 |
| | Telephone and Transportation Fee | 1 | $24.00 | $24.00 |
| | Advancement Fee | 1 | $4.00 | $4.00 |

**Plaintiff:** DISTRICT TITLE, A Corporation
**Defendant:** ANITA K. WARREN (Formerly Known As Anita K. Day)
**Case #:** 1:14-cv-1808 ABJ

**PREPAYMENT =** $168.00
**BALANCE DUE =** $0.00

Quality legal services based on
confidence, trust and results!

JACKSON & CAMPBELL, P.C.
ATTN: BRIAN THOMPSON, ESQ.
1120 20TH STREET, NW
SUITE #300 SOUTH
WASHINGTON, DC 20036

<u>December 4, 2015</u>

Invoice #: 19952

Client File#: 5523

# PAID

Please reference Job # **19952** when remitting.

| | | | | | | |
|---|---|---|---|---|---|---|
| Job #: 19952 | | **Recipient:** Brennan Title, Inc. c/o Custodian of Records | | Rec'd: 12/10/2014 | | |
| Your #: 5523 | | | | Served: 12/10/2014 | | |
| | | **Person Served:** Laura Bentley | | Method: AUTHORIZED | | |
| | | **Location Served:** 5100 Wisconsin Avenue Suite 515, Washington, DC | | | | |
| Date | Description | | | Qty | Fee | Total Fee |
| | Witness Fee | | | 1 | $45.00 | $45.00 |
| | Service Fee | | | 1 | $95.00 | $95.00 |
| | Telephone and Transportation Fee | | | 1 | $24.00 | $24.00 |
| Plaintiff: | DISTRICT TITLE, A Corporation | | | **PREPAYMENT =** | | $164.00 |
| Defendant: | ANITA K. WARREN (Formerly Known As Anita K. Day) | | | **BALANCE DUE =** | | $0.00 |
| Case #: | 2014 CA 005523 B | | | | | |

Quality legal services based on
confidence, trust and results!

JACKSON & CAMPBELL, P.C.  
ATTN: DAVID COX, ESQ.  
1120 20TH STREET, NW  
SUITE #300 SOUTH  
WASHINGTON, DC 20036

December 4, 2015

Invoice #: 7815  
Client File#: 5523

# PAID

Please reference Job # 18935 when remitting.

| | | | | | |
|---|---|---|---|---|---|
| Job #: 18935 | Recipient: Brennan Title Company | | Rec'd: 9/9/2014 | | |
| Your #: 5523 | | | Served: 9/9/2014 | | |
| | Person Served: Laura Bently | | Method: CORPORATE | | |
| | Location Served: 5100 Wisconsin Avenue Suite 515, Washington, DC 20016 | | | | |
| Date | Description | | Qty | Fee | Total Fee |
| | Service Fee | | 1 | $95.00 | $95.00 |
| | Rush Fee | | 1 | $25.00 | $25.00 |
| | Tel;ephone and Transportation | | 1 | $24.00 | $24.00 |
| Plaintiff: | DISTRICT TITLE, A Corporation | | **PREPAYMENT =** | | $144.00 |
| Defendant: | ANITA K. WARREN (Formerly Known As Anita K. Day) | | **BALANCE DUE =** | | $0.00 |
| Case #: | 2014 CA 005523 B | | | | |

Quality legal services based on  
confidence, trust and results!

JACKSON & CAMPBELL, P.C.  
ATTN: BRIAN THOMPSON, ESQ.  
1120 20TH STREET, NW  
SUITE #300 SOUTH  
WASHINGTON, DC 20036  

<u>December 4, 2015</u>

Invoice #: 7804  
Client File#:

# PAID

Please reference Job # **18870** when remitting.

Job #: 18870  
Your #:

**Recipient:** Brennan Title c/o Susan Chartier, Registered Agent  
**Person Served:** Laura Bentley  
**Location Served:** 5100 Wisconsin Avenue Suite 515, Washington, DC 20036

Rec'd: 9/4/2014  
Served: 9/4/2014  
Method: CORPORATE

| Date | Description | Qty | Fee | Total Fee |
|---|---|---|---|---|
| | Service Fee | 1 | $95.00 | $95.00 |
| | Rush Fee | 1 | $25.00 | $25.00 |
| | Telephone and Transportation | 1 | $24.00 | $24.00 |

**Plaintiff:** District Title  
**Defendant:** Anita K. Warren. et al  
**Case #:** 2014 CA 005523 B

**PREPAYMENT =** $144.00  
**BALANCE DUE =** $0.00

Quality legal services based on  
confidence, trust and results!

JACKSON & CAMPBELL, P.C.
ATTN: DAVID COX, ESQ.
1120 20TH STREET, NW
SUITE #300 SOUTH
WASHINGTON, DC 20036

December 4, 2015

Invoice #: 8065
Client File#: 5523

Please reference Job # **18899** when remitting.

Job #: 18899  Recipient: Suzanne M. Silva  Rec'd: 9/5/2014
Your #: 5523  Served:
Person Served:  Method: Non Serve
Location Served:

| Date | Description | Qty | Fee | Total Fee |
|------|-------------|-----|-----|-----------|
|      | Attempted Service | 1 | $72.50 | $72.50 |

Plaintiff: DISTRICT TITLE, A Corporation
Defendant: ANITA K. WARREN (Formerly Known As Anita K. Day)
Case #: 2014 CA 005523 B

**BALANCE DUE =**   $72.50

## Quality legal services based on confidence, trust and results!

JACKSON & CAMPBELL, P.C.
ATTN: DAVID COX, ESQ.
1120 20TH STREET, NW
SUITE #300 SOUTH
WASHINGTON, DC 20036

December 4, 2015

Invoice #: 8064

Client File#: 5523

# PAID

Please reference Job # **18897** when remitting.

Job #: 18897  
Your #: 5523

Recipient: Anthony R. Silva

Person Served:  
Location Served:

Rec'd: 9/5/2014  
Served:  
Method: Non Serve

| Date | Description | Qty | Fee | Total Fee |
|---|---|---|---|---|
| | Attempted Service | 1 | $125.00 | $125.00 |
| | Rush | 1 | $25.00 | $25.00 |
| | Additional Attempts | 1 | $50.00 | $50.00 |

Plaintiff: DISTRICT TITLE. A Corporation  
Defendant: ANITA K. WARREN (Formerly Known As Anita K. Day)  
Case #: 2014 CA 005523 B

**PREPAYMENT =** $200.00  
**BALANCE DUE =** $0.00

Quality legal services based on confidence, trust and results!

JACKSON & CAMPBELL, P.C.
ATTN: DAVID COX, ESQ.
1120 20TH STREET, NW
SUITE #300 SOUTH
WASHINGTON, DC 20036

December 4, 2015

Invoice #: 7820

Client File#: 5523

# PAID

Please reference Job # **18896** when remitting.

| | | | | | |
|---|---|---|---|---|---|
| Job #: 18896 | | Recipient: Elizabeth Claus | Rec'd: 9/5/2014 | | |
| Your #: 5523 | | | Served: 9/9/2014 | | |
| | | Person Served: Elizabeth Claus | Method: INDIVIDUAL/PERSONAL | | |
| | | Location Served: 21895 Pegg Road, Unit 210, Lexington Park, MD 20653 | | | |
| Date | Description | | Qty | Fee | Total Fee |
| | Service Fee | | 1 | $125.00 | $125.00 |
| | Rush Fee | | 1 | $25.00 | $25.00 |
| | Investigation work thru internet | | 1 | $75.00 | $75.00 |
| Plaintiff: | DISTRICT TITLE, A Corporation | | **PREPAYMENT =** | | $225.00 |
| Defendant: | ANITA K. WARREN (Formerly Known As Anita K. Day) | | **BALANCE DUE =** | | $0.00 |
| Case #: | 2014 CA 005523 B | | | | |

Quality legal services based on
confidence, trust and results!



*Offices Nationwide*

Questions?
(866) 448 - DEPO (3376)

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 142207 | 9/1/2015 | 115415 |
| Job Date | Case No. | |
| 8/18/2015 | 1:14-cv-1808 ABJ | |
| Case Name | | |
| District Title v. Anita K. Warren, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Brian W. Thompson
Jackson & Campbell
1120 20th Street, NW
One Lafayette Centre, 300 South Tower
Washington, DC 20036

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Anita K. Warren | 100.00 Pages | @ | 3.75 | 375.00 |
| Exhibits: PDF Scanned Exhibits | 89.00 Pages | @ | 0.25 | 22.25 |
| Electronic Transcript Via Email | | | 0.00 | 0.00 |
| Shipping | | | 20.00 | 20.00 |
| Credit for Electronic Transcript Only | | | -20.00 | -20.00 |

TOTAL DUE >>>    $397.25

*Normally, this would be a 2-DAY EXPEDITE. However, since the reporter got this in early, we are just charging for standard turnaround.

(-) Payments/Credits:     397.25
(+) Finance Charges/Debits:   0.00
(=) New Balance:         $0.00

**Tax ID:** 20-0203552

Phone: (202) 457-1600   Fax:(202) 457-1678

*Please detach bottom portion and return with payment.*

Brian W. Thompson
Jackson & Campbell
1120 20th Street, NW
One Lafayette Centre, 300 South Tower
Washington, DC 20036

Invoice No.    : 142207
Invoice Date   : 9/1/2015
**Total Due**  : **$0.00**

Remit To:   **Capital Reporting Company**
            **1821 Jefferson Place, NW**
            **3rd Floor**
            **Washington, DC 20036**

Job No.    : 115415
BU ID      : 1-MAIN
Case No.   : 1:14-cv-1808 ABJ
Case Name  : District Title v. Anita K. Warren, et al.