# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

DISTRICT TITLE, A CORPORATION,

    Plaintiff

v.

ANITA K. WARREN, et al.,

    Defendants.

Civil Action No.: 1:14-cv- 1808 ABJ

### ORDER GRANTING PLAINTIFF DISTRICT TITLE'S MOTION FOR ORAL EXAMINATION OF JUDGMENT DEBTOR TIMOTHY DAY AND THIRD PARTIES, AND FOR LEAVE TO SERVE SUBPOENAS

Upon consideration of District Title's Motion for Oral Examination of Judgmenet Debtor Timothy Day and Third Parties and for Leave to Serve Subpoenas, any opposition filed thereto, and the entire record of this case, the Court finds that the Motion should be **GRANTED**.

It is therefore, this ___ day of _____, 2016,

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that Timothy Day shall appear on the ___ day of _____, 2016 at _____a.m./p.m. in Courtroom _____ for an Oral Examination; and it is further

**ORDERED** that District Title is granted leave to issue and serve subpoenas *ad testificandum* and *duces tecum* to Timothy Day, Richard Faulkingham, Matthew LeFande, and Theresa White; and it is further

**ORDERED** that the subpoenas may compel the attendance and testimony of the aforementioned third parties at the Oral Examination of Timothy Day; and it is further

**ORDERED** that District Title is granted leave to issue subpoenas *ad testificandum* and

1

*duces tecum* to Escrow Hill Limited, or to seek the issuance of said subpoenas in any jurisdiction where Escrow Hill Limited may be located.

_____
U.S. DISTRICT COURT JUDGE

Copies to:

David H. Cox, Esquire
Brian W. Thompson, Esquire
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W.
South Tower, 3rd Floor
Washington, D.C. 20036

Matthew August LeFande, Esquire
Attorney at Law PLLC
4585 North 25th Road
Arlington, V.A. 22207